# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN DAVID PAMPLIN,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 79933

**FILED**

DEC 1 3 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DENYING PETITION FOR A WRIT OF MANDAMUS

In this original pro se petition for a writ of mandamus, petitioner seeks an order directing the district court to vacate and reverse its order denying petitioner's petition for a writ of habeas corpus that was based on petitioner's allegations that the district court lacked jurisdiction to enter the judgment of conviction.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, *see* NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840,

19-50584

844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Gibbons


_____, J.      _____, J.
Pickering                                        Hardesty


cc:  John David Pamplin
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

---

[1]Petitioner's failure to provide timely proof of service of the petition also constitutes an additional basis upon which to deny relief NRAP 21(a)(1).